**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1256-WJM-MEH

ALFONSO A. CARRILLO

    Plaintiff,

v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE E. CASTLE,
CYNTHIA LOWERY-GRABBER,
CAMILLE Y. HARLAN,
KIMBERLY MARTÍNEZ,
REAGAN LARKIN,
JENNIFER C. ROGERS,
ALLYSON L. BERRY,
BRITNEY BEALL-EDER,
CHRISTOPHER T. GROEN,
DEANNA L. WESTFALL,
DEANNA R. STODDEN,
PHILLIP A. VAGLICA,
CAREN JACOBS CASTLE,
LEO C. STAWIARSKI, JR.,
ROBERT J. HOPP & ASSOCIATES LLC,
BOYD A. ROLFSON,
NEAL J. VALROZ,
NATHAN S. SILVER,
ROBERT J. HOPP,
ARONOWITZ & MECKLENBURG, LLP,
ROBERT J. ARONOWITZ,
STACEY L. ARONOWITZ,
SUSAN J. HENDRICK,
JOAN OLSON,
ANDREA FRICKLES-JORDAN,
MONICA KADMAS,
EMILY JENSIK,
LISA CANCANON,
JENNIFER H. TRACHTE,
CATHERINE A. HILDRETH,
DONNA BAKALOR,

GOVERNMENT TECHNOLOGY SYSTEMS (GTS)

    Defendants.

---

**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiff Alfonso Carillo, as Trustee and Agent for America's Home Retention Services, Inc. ("Plaintiff") brings this action against Defendants under the False Claims Act, 31 U.S.C. § 3729 *et seq*. (Compl. (ECF No. 1) p. 2.) Before the Court is Plaintiff's Motion for Preliminary Injunction ("Motion"). (ECF No. 3.) For the reasons set forth below, the Motion is denied.

The False Claims Act mandates that, in an action brought by a private person, "[t]he complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2). Because Plaintiff brings this action as a private citizen, the Clerk opened this action under seal and, per the above-quoted statute, it must remain sealed for at least 60 days.[1] Accordingly, none of the Defendants have notice of this action or the instant Motion.

The instant Motion seeks an preliminary injunction that would enjoin Defendants from executing any additional foreclosures and evictions, and restore possession to some previously foreclosed upon and/or evicted homeowners. (ECF No. 3 at 11.)

---

[1] The Court advises Plaintiff that he is required by statute to serve a copy of the Complaint on the United States. *See* 31 U.S.C. § 3731(b)(2).

Federal Rule of Civil Procedure 65 governs injunctions and provides: "The court may issue a preliminary injunction only on notice to the adverse party." Because this action is sealed, neither Plaintiff nor the Court can provide notice to Defendants of the Motion for Preliminary Injunction. Without notice to Defendants, the Court cannot issue the requested injunction. Fed. R. Civ. P. 65(a).

Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 3) is DENIED. Plaintiff may not seek injunctive relief in this case unless and until this action is unsealed and has been served on Defendants.

Dated this 15th day of May, 2012.

BY THE COURT:

William J. Martinez
United States District Judge