**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 12-cv-01256

UNITED STATES OF AMERICA, *ex rel.* ALFONSO A. CARRILLO, as Trustee and agent for America's Home Retention Services, Inc.

    Plaintiff,

v.

**RESTRICTED CASE**

CASTLE, STAWIARSKI, LLC,
LAWRENCE E. CASTLE,
CYNTHIA LOWERY-GRABBER,
CAMILLE Y. HARLAN,
KIMBERLY MARTINEZ,
REAGAN LARKIN,
JENNIFER C. ROGERS,
ALLYSON L. BERRY,
BRITNEY BEALL-EDER,
CHRISTOPHER T. GROEN,
DEANNA L. WESTFALL,
DEANNA R. STODDEN,
PHILLIP A. VAGLICA,
CAREN JACOBS CASTLE,
LEO C. STAWIARSKI, JR.,
ROBERT J. HOPP & ASSOCIATES LLC,
BOYD A. ROLFSON,
NEAL J. VALROZ,
NATHAN S. SILVER,
ROBERT J. HOPP,
ARONOWITZ & MECKLENBURG, LLP,
ROBERT J. ARONOWITZ,
STACEY L. ARONOWITZ,
SUSAN J. HENDRICK,
JOAN OLSON,
ANDREA FRICKLES-JORDAN,
MONICA KADMAS,
EMILY JENSIK,
LISA CANCANON,
JENNIFER H. TRACHTE,
CATHERINE A. HILDRETH,
DONNA BAKALOR,
GOVERNMENT TECHNOLOGY SYSTEMS (GTS),

    Defendants.

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court hereby

ORDERS that the Relator has thirty days in which to obtain counsel if he wishes to proceed with this action;

ORDERS that the parties shall serve all pleadings and motions filed in this action upon the United States, that the parties shall serve all notices of appeal upon the United States, and that all orders of this Court shall be sent to the United States;

ORDERS that the United States may order any deposition transcripts in this action;

ORDERS that the United States is entitled to intervene in this action, for good cause, at any time; and

ORDERS that should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated this 21st day of December, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge