**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01256-WJM-MEH

ALFONSO A. CARRILLO, as Trustee and Agent for America's Home Retention Services, Inc.,

    Plaintiff,

v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE E. CASTLE,
CYNTHIA LOWERY-GRABBER,
CAMILLE Y. HARLAN,
KIMBERLY MARTÍNEZ,
REAGAN LARKIN,
JENNIFER C. ROGERS,
ALLYSON L. BERRY,
BRITNEY BEALL-EDER,
CHRISTOPHER T. GROEN,
DEANNA L. WESTFALL,
DEANNA R. STODDEN,
PHILLIP A. VAGLICA,
CAREN JACOBS CASTLE,
LEO C. STAWIARSKI, JR.,
ROBERT J. HOPP & ASSOCIATES LLC,
BOYD A. ROLFSON,
NEAL J. VALROZ,
NATHAN S. SILVER,
ROBERT J. HOPP,
ARONOWITZ & MECKLENBURG, LLP,
ROBERT J. ARONOWITZ,
STACEY L. ARONOWITZ,
SUSAN J. HENDRICK,
JOAN OLSON,
ANDREA FRICKLES-JORDAN,
MONICA KADMAS,
EMILY JENSIK,
LISA CANCANON,
JENNIFER H. TRACHTE,
CATHERINE A. HILDRETH,
DONNA BAKALOR,
GOVERNMENT TECHNOLOGY SYSTEMS (GTS),

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Making Order To Show Cause Absolute And Dismissing Case Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on February 28, 2013,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.  The case is closed.

Dated at Denver, Colorado, this      1st      day of March, 2013.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/ Edward P. Butler
Edward P. Butler, Deputy Clerk